# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR4687-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING** |
| ANA AGAPITA VERDUZCO, | |
| Defendant. | |

Pending before the Court is the Parties' Joint Motion to Continue the Motion Hearing and Trial Setting. Doc. No. 17. The Parties also jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7). After a careful review, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

1

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The Motion Hearing scheduled for February 10, 2020, is continued to **March 9, 2020**, **at 11a.m.** The period of delay from the filing of the joint motion on February 5, 2020, until March 9, 2020, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act. |

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The Motion Hearing scheduled for February 10, 2020, is continued to **March 9, 2020**, **at 11a.m.** The period of delay from the filing of the joint motion on February 5, 2020, until March 9, 2020, shall be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: February 6, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE